UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80239-CIV-RYSKAMP/WHITE

EDWARD J. KEELER,

        Plaintiff,

v.

PLANTATION POLICE
DEPARTMENT, *et al*.,

        Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes upon the Report of Magistrate Judge Patrick A. White **[DE 7]**, filed on April 17, 2008 regarding the complaint filed by *pro se* litigant Edward J. Keeler **[DE 1]** on March 6, 2008.  Plaintiff never responded.

The complaint alleged that two Plantation police officers falsified statements in a police report and probable cause affidavit in order to arrest plaintiff to obtain his fingerprints.  Plaintiff also alleges that other Plantation police officers also made false statements, improperly questioned him and erred while fingerprinting him.  Plaintiff alleges that he was convicted of burglary using information obtained as a result of the above officers' misconduct.

In his report, Judge White recommended that the case be dismissed because relief is barred by *Preiser v. Rodriguez*, 411 U.S. 475 (1973) and *Heck v. Humphrey*, 512 U.S. 477 (1994).  Accordingly, Judge White advises that the relief plaintiff seeks can only be granted through a habeas petitioner after all state remedies have been exhausted.

The Court has conducted a *de novo* consideration of the Complaint and the Report and Recommendation, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that:

(1) The Report and Recommendation **[DE 7]** be, and the same hereby is, RATIFIED, AFFIRMED and APPROVED in its entirety;

(2) Plaintiff's Complaint under 42 U.S.C. §1983 **[DE 1]** is DENIED;

(3) The Clerk of the Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 21 day of May, 2008.

    /s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies provided:
Magistrate Judge Patrick A. White
Edward J. Keeler, *pro se*